**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Three Star Trucking, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5076445 |
| 4. | **Debtor's address** | **Principal place of business** 782 Lower Field Rd. Ayden, NC 28513 Number, Street, City, State & ZIP Code  Greene County  **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.threestartruckingnc.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Three Star Trucking, LLC**  Case number (*if known*) _____
    Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

District **EDNC**  When **11/02/22**  Case number **22-02512**
District _____  When _____  Case number _____

Debtor **Three Star Trucking, LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

- Debtor _____
- District _____
- When _____
- Relationship _____
- Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Three Star Trucking, LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Three Star Trucking, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 20, 2025**
MM / DD / YYYY

X **/s/ Charles L. Stokes, Jr.**              **Charles L. Stokes, Jr.**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ George Mason Oliver**              Date  **March 20, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone  **252-633-1930**     Email address

**26587 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Three Star Trucking, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ryder Truck Rental, Inc.** Attn: Officer/Agent/Mng Agent 6000 Windward Parkway Alpharetta, GA 30005 | | | | | | $174,131.46 |
| **U.S. Small Business Admin** Attn: Manager or Agent 200 W Santa Ana Blvd, Ste 740 Santa Ana, CA 92701 | | Loan | | $148,182.51 | $16,189.51 | $131,993.00 |
| **Charles L. Stokes, Jr.** 4403 Coral Point Rd. Morehead City, NC 28557 | | | | | | $116,815.00 |
| **Little Creek Hog Farm Inc.** Attn: Managing Agent 782 Lower Field Rd. Ayden, NC 28513 | | | | | | $59,000.00 |
| **Forwardline Financial** c/o Collection at Law 3835 E. Thousand Oaks Blvd R-349 Westlake Village, CA 91362 | | MCA | | $39,942.60 | $0.00 | $39,942.60 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

| Debtor | **Three Star Trucking, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Clear Spring Insurance** Attn: Officer/Agt/Mng Agent 2 E. Main St., Suite 208 Danville, IL 61832 | | **Workers Compensation Insurance** | | | | $35,667.50 |
| **Carolyn Hannon** 2841 S. Bayshore Drive Milton, DE 19968 | | **Loans** | | | | $33,097.40 |
| **Guttman Energy, Inc.** Attn: Officer/Agent/Mng Agent 200 Speers Street Belle Vernon, PA 15012 | | **Fuel card** | | | | $24,036.81 |
| **Evelyn A. Faulkner** 4403 Coral Point Rd. Morehead City, NC 28557 | | | | | | $13,258.63 |
| **Pie Insurance** Attn: Officer/Agent/Mng Agent 1615 L St NW Suite 620 Washington, DC 20036 | | **Workers comp insurance** | | | | $12,000.00 |
| **Berkshire Hathaway Homestate Co.** c/o Jonathan Neil & Assoc. PO Box 7000 Tarzana, CA 91357 | | **Workers Compensation Insurance Billing** | | | | $3,771.47 |
| **NC Employment Security Commission** Attn: Officer/Agent/Mng Agent PO Box 26504 Raleigh, NC 27611 | | | | | | Unknown |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Three Star Trucking, LLC**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles L. Stokes, Jr.<br>4403 Coral Point Rd.<br>Morehead City, NC 28557 | | 100 | Member/Manager |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 20, 2025**

Signature **/s/ Charles L. Stokes, Jr.**
**Charles L. Stokes, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Three Star Trucking, LLC**     Case No.
                Debtor(s)           Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 20, 2025**         **/s/ Charles L. Stokes, Jr.**
                    **Charles L. Stokes, Jr.**/**Manager**
                    Signer/Title

| | | |
|---|---|---|
| THREE STAR TRUCKING, LLC<br>782 LOWER FIELD RD.<br>AYDEN, NC 28513 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>GEORGE OLIVER, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET<br>SUITE 2100<br>RALEIGH, NC 27601 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE STE 900<br>ATLANTA, GA 30326-1382 | NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | BERKSHIRE HATHAWAY HOMESC<br>C/O JONATHAN NEIL & ASSOC.<br>PO BOX 7000<br>TARZANA, CA 91357 |
| CLEAR SPRING INSURANCE<br>ATTN: OFFICER/AGT/MNG AGENT<br>2 E. MAIN ST., SUITE 208<br>DANVILLE, IL 61832 | EVELYN A. FAULKNER<br>4403 CORAL POINT RD.<br>MOREHEAD CITY, NC 28557 | FORWARDLINE<br>ATTN: OFFICER/AGENT/MNG AGE<br>5161 LANKERSHIM BLVD, SUITE 25<br>NORTH HOLLYWOOD, CA 91601 |
| FORWARDLINE FINANCIAL<br>C/O COLLECTION AT LAW<br>3835 E. THOUSAND OAKS BLVD R-349<br>WESTLAKE VILLAGE, CA 91362 | GUTTMAN ENERGY, INC.<br>ATTN: OFFICER/AGENT/MNG AGENT<br>200 SPEERS STREET<br>BELLE VERNON, PA 15012 | CAROLYN HANNON<br>2841 S. BAYSHORE DRIVE<br>MILTON, DE 19968 |
| LITTLE CREEK HOG FARM INC.<br>ATTN: MANAGING AGENT<br>782 LOWER FIELD RD.<br>AYDEN, NC 28513 | NC EMPLOYMENT SECURITY COMMISSION<br>ATTN: OFFICER/AGENT/MNG AGENT<br>PO BOX 26504<br>RALEIGH, NC 27611 | PIE INSURANCE<br>ATTN: OFFICER/AGENT/MNG AGE<br>1615 L ST NW SUITE 620<br>WASHINGTON, DC 20036 |
| RYDER TRUCK RENTAL, INC.<br>ATTN: OFFICER/AGENT/MNG AGENT<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | RYDER TRUCK RENTAL/RYDER TRANS<br>ATTN: OFFICER/AGENT/MNG AGENT<br>PO BOX 96723<br>CHICAGO, IL 60693-6723 | SMITH DEBNAM NARRON DRAKE M<br>ATTN: GERALD GROON, JR., ESQ<br>PO BOX 176010<br>RALEIGH, NC 27619-6010 |
| CHARLES L. STOKES, JR.<br>4403 CORAL POINT RD.<br>MOREHEAD CITY, NC 28557 | U.S. SMALL BUSINESS ADMIN<br>ATTN: MANAGER OR AGENT<br>200 W SANTA ANA BLVD, STE 740<br>SANTA ANA, CA 92701 | |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: __Three Star Trucking, LLC__
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Three Star Trucking, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 20, 2025**
Date

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for __Three Star Trucking, LLC__
**The Law Offices of**
**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**